FILED
2009 JUN -9 AM 10: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

LOCKE LORD BISSELL & LIDDELL LLP
Matthew B. McClendon (SBN 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Thomas J. Cunningham (SBN pending)
tcunningham@lockelord.com
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0472
Facsimile: 312-896-6472

Attorneys for Defendants
GMAC MORTGAGE, LLC and EXECUTIVE TRUSTEE SERVICES, LLC
(incorrectly sued herein as "ETS Services, LLC")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEVITA V. HERELLA,<br><br>            Plaintiff,<br><br>     vs.<br><br>GMAC MORTGAGE, LLC; GENERAL ELECTRIC as successor in interest to WMC MORTGAGE CORP., a corporation; ETS SERVICES, LLC, a limited liability company; and DOES 1-200, inclusive,<br><br>            Defendants. | CASE NO. CV09-4091(RCx)<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>**[Local Rule 83-1.3.1]**<br><br>[Superior Court of California, County of Los Angeles, Case No. BC 413852]<br><br>Complaint Filed: May 15, 2009 |

///
///
///

COPY

---

1
NOTICE OF RELATED CASES

Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC (incorrectly sued as ETS Services, LLC) (collectively, "Removing Defendants") hereby provide notice as required by Local Rule 83-1.3.1 of related cases previously filed or currently pending in the Central District of the United States District Court of California.

Based on knowledge and belief, Removing Defendants assert that the following related or pending cases exist as defined in Local Rule 83-1.3.1, because they appear to call for determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges: *Epino v. GMAC Mortgage, LLC et al.*, No. CV 09-0980 SGL (JCx); *Kabaian v. GMAC Mortgage, LLC et al.*, No. CV 09-4024 MMM (RZx).

The captioned case, the *Epino* matter, and the *Kabaian* matter each involve substantially identical claims and allegations—indeed, the Complaints in each matter appear to be slight variations on a *form*—and are brought on behalf of the respective Plaintiffs by the same counsel and against the same Defendants, GMACM and ETS.

Dated: June 9, 2009

LOCKE LORD BISSELL & LIDDELL LLP

By: /s/ Matthew McClendon
Matthew B. McClendon

Attorneys for Defendants
GMAC MORTGAGE, LLC and
EXECUTIVE TRUSTEE SERVICES, LLC
(incorrectly sued as "ETS Services, LLC")

1595742v.1